EXHIBITS ATTACHED

Exh (A.) through Exh (M.)



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

EXh (A.)

## REGULAR GRIEVANCE

Log Number: _____

I ASKed For informal complaint on issue and was denied

| White | Taybronne | 1202958 | A4-17 | 17 |
|-------|-----------|---------|-------|-----|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) Note, I ASK Sgt Barten and counselor Trent For an informal complaint concerning the Folling Matter and was denied. Please review the birdeyeview Surveillance oF pod B1 at phone and Kiost area on 3-2-2020 at 8:30 AM inwhich I was Jumped by four individuals while one oF the Four individuals utilized his Legs and arms to pin me down on top oF him inwhich when the dog man (oFc) ran in, he USed the dog to bite me on the left tricept and bicept on the back area and the left buttock.

**What action do you want taken?** I want the dog officer fired and I want to be removed from Seg to be placed back into general population and I want to be highly compensated for my Sustained dog bite injuries.

Grievant's Signature: Yay White       Date: 3-12-2020

Warden/Superintendent's Office: _____

Date Received: _____       Placed in mail on
3-12-2020

*Revision Date: 1/14/13*



VIRGINIA DEPARTMENT OF CORRECTIONS

## Grievance Receipt

866.1 A-3
DOC Location: ROSP Red Onion State Prison
Report generated by Trapp, T
Report run on 03/18/2020 at 07:47 AM

Exh B.

Grievance Number: ROSP-20-INF-00433

Next Action Date: 04/02/2020 12:00 AM

| On this date: | 03/18/2020 | | I have received a statement from: |
|---|---|---|---|
| White, Taybronne A | 1202958 | of | Red Onion State Prison<br>B-3-SLS-317-B |
| (Offender Name and DOC#) | | | (Filed Location and Housing) |
| Setting out the following complaint: | | | |
| Offender states use of force and K-9 handler allowed dog to bite. | | | |
| (Signature) | | | (Title) |



RECEIVED
APR 24 2020
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Page 1 of 1

Rev. 03/30/2009



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

EXh Ⓒ.

## REGULAR GRIEVANCE

Log Number: _____

A: 118

| White    Taybronne | 1202958 | A4 | 14 |
|---|---|---|---|
| **Last Name** First | **Number** | **Building** | **Cell/Bed Number** |

White     Taybronne

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) On 3-2-2020, I was Jumped by 4 individuals in which one of the 4 closed lined me From the back and Jumped on my back and when I Fail to the ground, he rapped his Legs around me and spent around with his back on the ground and me on top as he pinned me to his body while the other 3 hit me in the head and back and being defenseless, the dog man officer made the dog Bite me on the Left arm, back and Buttock. I filled out and filed and Informal complaint and got an reciept, but never got an response back on action date. This is carbon copied

**What action do you want taken?** I would like dog officer to be fired and for the K-9 to be put to sleep.

_____

_____

_____

**Grievant's Signature:** Taybronne White     **Date:** 4-5-2020

RECEIVED
APR 20 2020
OMBUDSMAN SERVICE UNIT
WESTERN REGION

**Warden/Superintendent's Office:** _____

**Date Received:** _____

1 of 2                                                    Revision Date: 1/14/13

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.*<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals: |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☑ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

RECEIVED
APR 0 8 2020
Grievance
Dept.

Institutional Ombudsman/Grievance Coordinator: _B. J. Causey_    Date:

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| Regional Review of Intake (within 5 working days of receipt) | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1-*Offender Grievance Procedure.* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____    Date: 4/23/20

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date:

Staff Witness: _____    Date:

*Revision Date: 1/14/13*

Exh D.

## Grievance Appeal

I grieved the Fact that I was Jumped by 4 individuals in which one of the 4 closed lined me from the back and Jumped on my back rapping his legs around me before we toppled to the floor and then he spent up under-nieth me and with me being on to, he pinned me down to his body while the other 3 individuals hit me in the back and the head and while I was pinned down defenseless Jon Doe K-9 office threw the dog on me and the dog bit me in the left buttock, left side back area and In the left tricept and bicept causing painful nerve damage. The Grievance coordinator response was I Failed to do the informal complaint process but She was gravely mistaken because I did Send in an informal complaint 03/18/20 and never recieved an response on the action date according to the reciept 4/2/2020. I would like this decision overturned and to be granted my request to have Jon Doe K-9 officer fired and dog put to Sleep.  Jay Whit  4-15-2020

RECEIVED
APR 24 2020
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Exh. (E)



VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F...

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name, Number, Full Housing Assignment</u>
2. Please <u>Print</u> your request: <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG CELL |
|---|---|---|---|---|
| White | Taybronne | A. | 1202958 | A4-17 |

WORK ASSIGNMENT          ASSIGNED COUNSELOR          TODAY'S DATE

3-12-2020

TO: ☐ Unit Manager ☑ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Dental
☑ Other _medical_

CHECK PURPOSE ☑ Appointment Request ☐ Question/Statement

I need to be Seen because OF Steady Loss OF Feeling in arm that Was dog bit on 3-2-2020.

RECEIVED
MAR 1 3 2020
Medical Department

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

SCHEDULED FOR SICK CALL

Offender seen ☐ Yes ☐ No          3/13/2020

Date of Response

Exh F:

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

# REGULAR GRIEVANCE

STAFF Signature: _____

Turned in on: 4/12/20

Log Number: A118

| Last Name | First | Number | Building | Cell/Bed Number |
|-----------|-------|--------|----------|-----------------|
| White | Taybronne | 1202958 | A-4 | 14 |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) This is an excessive Force claim on Jon Doe K-9 officer which I sent an informal complaint # ROSP-20-INF-00433 Which was never answered. On 3-2-2020 in B1 pod at 8:20 AM - 8:40 AM I was Jumped by four individuals while being pinned down to the top of the body of one individual the other three hit me in the back of My head and as I was defenseless by being pinned to the body of another, the Jon Doe K-9 offer made the dog K-9 bit me several times on My Left arm, back and Left buttock area causing nerve damage and I was the victim in the situation.

**What action do you want taken?** I want to be placed in A-2 pod and given the barbers Job, the Jon Doe K-9 offer fired and the K-9 put to sleep.

This is the Second Grievance As My Last Was not responded to

**Grievant's Signature:** Yay White       **Date:** 4-12-2020

**Warden/Superintendent's Office:** _____

**Date Received:** _____

OMBUDSMAN SERVICE UNIT
WESTERN REGION

Revision Date: 1/14/13



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE**: Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☒ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the *occurrence/incident* except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. *J. Stapp T.T...* *4-28-20* |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar, Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☒ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: *Per OP 846.1 if no response is provided you are required to attach receipt of informal Complaint/incident* *Date of* |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *S. Stapp*                    Date: *4-15-20*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☒ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____                    Date: *5/5/20*

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

*Revision Date: 1/14/13*

Exh. C.

## Appeal OF Grievance Dicision

This Grievance on excessive force clai
on K-9 dog officer, Jon Doe Should
have been heard because the time of
it's filing had not expired as I filed
it on 4-12-2020 in which I recieve
an response on the 4-15-2020 th
day, you recieved it 3 day latter and
attached the informal complaint as th
Grievance Coordinator had asked and place
it in the mail on the 4-15-2020 6:3
pm mail call, I was in no way late
and time had not expired. I can't help
that you recieved it on the 4-20-202
but I under the penalty of perjury
placed it in the mail on 4-15-2020
mail call,

Jay White    4-29-2020


RECEIVED

J 2020

HUMAN SERVICE UNIT
WESTERN REGION

Exh. (H)

Affidavit

Under penalty of perjury, I declare, state confirm and certify that the following info is true right and correct:

I Taybronne A White filed and Grieved K-9 excessive force claim on 4-5-2020 and did not recieve response until the 4-14-2020 night mail.

Taybronne A. White #1202958

Notary public 4/14/2020

Melanie Trent    4/14/2020

Signed before me on this 14th day of April, 2020. My commission expires 11/30/2023.

I certify that the above notary is not a party to this action.

Inmate Signature

RECEIVED
APR 24 2020
OMBUDSMAN SERVICE UNIT
WESTERN REGION

MELANIE DARLENE MILLER TRENT
NOTARY PUBLIC
REG. #7819393
MY COMMISSION EXPIRES
11/30/2023
COMMONWEALTH OF VIRGINIA

A-2     Exh. I.

DECLARATION

I under the penalty of purJury, declare, State, confirm and certify that the Following information is true right and correct:

On 3-2-2020 at approximately 8:00 Am and 8:40 Am, offender Taybronne A. White was Jumped by four individuals and when the K-9 officer ran in, he ran Strate over to offender T. White and made the K-9 bite T. White Without giving a warning verbal warning to Stop fighting and I heard T. White Scream out while getting bit by the K-9 dog.

Jonathan Robinson #1201499 aka A-2
B-1  cell 26

Street Address #

Exh. Ⓙ.

Declaration

I swear under penalty of perjury that the following is true Right and correct

I Anthony Braxton #1089396 while in pod B1 cell 31 in Red Onion State Prison did observe 4 individuals jump inmate Taybronne A. White and while one inmate had T. White pinned down the other inmates beat inmate White and while layed on top knocked out defensless, dog officer Jon Doe made the K-9 dog bit inmate White and I heard inmate White wake up from being unconscious to screaming from being bit by the dog. The dog officer Jon Doe never gave a warning before utilizing his K-9 to bite inmate White.

Anthony Braxton #1089396   3/2/2020

1. of 3 Exh. (K.)

Declaration under Penalty of Perjury of Michael D. Watson

Michael D. Watson, being competent to make this declaration and having personal Knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1746;

1. On the afternoon of March 4, 2020, while in A-6 pod area i was in a physical (hand to hand) altercation with another inmate.

2. I was first shot twice in my back, then the Canine officer forced his K-9 dog to attack me from behind latching on to my buttock, and continue to bite me for approximately 60 to 90 seconds, while i was complying with officer orders.

3. Canine officer did not give any verbal warning, command to stop fighting, or to get on the ground prior to making his dog attack.

4. While i was being treated in Medical foe my gun shot wounds, and dog bite injuries, the Canine officer that forced his dog to attack me, came over to Medical, and stated to me "my dog got you good, he loves dark meat", and this officer started laughing.

Exh.(K.)

5. The attack from the "K-9 dog" caused severe injury resulting in approximately 7 to 8, deep puncture wounds, stitches, massive blood loss, nerve pain, permanent scarring, and mental anguish, night-mares, and fear of dog's.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2020.

_Michael D. Watson_
Michael D. Watson

Exh. (L)

## DECLARATION

I swear under the penalty of perjury that the foregoing information is true right and correct. On December 11, 2017 between 4:00 PM. and 4:15 P.M. I, Nathaniel Bruce Dunmore was bit by K-9 dog Lofzo being operated by K-9 officer Booy while secured on the ground, I have a 1983 civil suit in the U.S. Western District court, Roanoke division.

*Nathaniel Bruce Dunmore*

Exh. (M.)

(Declaration)
under penalty of perjury:
I Arthur L Guy Jr # 1410576 do declare that
on May 2, 2020 a incident occured at Red
Onion state prison in which while in a defenseless
position while not posing any threat K9 officer John
Doe urged his K9 to attack me allowing his K9 to
latch onto my leg for no justified reason whetsoever.
This happened in A1 pod.

Arthur L Guy Jr

(Arthur L Guy Jr.)